IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02993-CMA-BNB

MELERAY DUNN,

    Plaintiff,

v.

SCHNEIDER NATIONAL CARRIERS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss Under Rule 41 (Doc. # 16). The Court having considered the motion to dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

DATED: June  29 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge